# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO:  3:25cr137/MCR

**JUSTIN J. WRIGHT**

_____/

## PROTECTIVE ORDER CONCERNING DISCLOSURE
## OF RULE 16 INFORMATION

The government's Motion for Protective Order Concerning Disclosure of Rule 16 Discovery Information, ECF No. 30, is GRANTED without any objection from the defendant; and it is hereby ORDERED that:

All discovery materials produced by the government[1] in preparation for, or in connection with, any stage of the proceedings in this case (collectively, "the materials") remain the property of the United States. Upon conclusion of the trial of the case, and any direct appeals of this case, or upon the earlier resolution of the charges against the defendant, all of the materials and all copies made thereof must

---

[1] To aid in the exchange of discovery in this case: (1) the government is permitted to provide unredacted copies of its discovery materials, which contain personal identifying information of uncharged individuals and entities, to defense counsel; (2) defense counsel must maintain sole custody of such materials and keep them in a secure location; and (3) defense counsel must redact all personal identifying information belonging to any individual or entity that is not the defendant from the document before providing copies of any discovery materials to the defendant to keep in his possession, if necessary.

be destroyed or maintained under secure conditions by defense counsel, unless there is a specific request by the government for the return of particular materials.

The materials produced by the government may be utilized by the defendant, the defendant's counsel, and employees and agents of the defendant's counsel solely in connection with the defense of this case and for no other purpose.

Defense counsel and the defendant will not disclose the materials directly or indirectly to any other person, except that defense counsel may disclose to persons assisting in the defense, persons who are interviewed or retained as potential experts during the course of the investigation of this case, or such other persons to whom the Court may authorize disclosure.

Defense counsel and the defendant will not copy or reproduce the materials provided by the government, except that defense counsel may do so for use by authorized persons assisting in the defense, persons who are interviewed or retained as potential experts during the course of the investigation of this case, or such other persons to whom the Court may authorize disclosure, and in that event, such copies and reproductions must be treated in the same manner as the original matter.

Defense counsel will not provide the materials or a copy thereof to the defendant to keep in his possession unless appropriately redacted. *See* footnote 1.

Defense counsel will not disclose or provide any person with a copy of the materials, unless such person is an employee or agent of defense counsel or unless the Court first so authorizes.

If disclosure is authorized by the Court to a particular person, defense counsel must inform the authorized person to whom the materials are provided that the materials are provided pursuant to the terms of this Order and that the authorized person must comply with the terms of this Order.

The restrictions set forth in this Order do not apply to documents that are or become public record.

This Order may be modified by the agreement of the parties with permission of the Court or by further Order of the Court.

Each party reserves all other rights relating to discovery and the production of documents, including the right to petition the Court to construe, modify, or enforce this Order.

DONE AND ORDERED on this 1st day of October 2025.

*M. Casey Rodgers*
M. CASEY RODGERS
U.S. DISTRICT COURT JUDGE