# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.   3:25-cr-00137-MCR

JUSTIN J WRIGHT

## AMENDED NOTICE OF HEARING

TAKE NOTICE that the proceeding in the case has been reset for the place, date and time set forth below:

| | | | |
|---|---|---|---|
| **Place:** | United States Courthouse<br>One North Palafox Street<br>Pensacola, Florida 32502 | | |
| **Room No:** | Courtroom 5 | | |
| **Date:** | January 5, 2026 | **Previous Date:** | November 3, 2025 |
| **Time:** | 8:00 AM CT | **Previous Time:** | 8:00 AM CT |
| **Proceeding:** | Attorney Conference/Jury Selection/Jury Trial before the Honorable M. Casey Rodgers | | |

*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

October 20, 2025                         /s/ *Barbara Rogers*
DATE:                                               Deputy Clerk:

Copies to:
Honorable M. Casey Rodgers
Counsel of Record
U.S. Marshal
U.S. Probation